# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152916 & (60)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 152916
                                 COA: 321200
TMANDO ALLEN DENSON,            Genesee CC: 13-032919-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 1, 2015 judgment of the Court of Appeals is considered. We DIRECT the Genesee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to the defendant's argument that evidence of a prior act of violence was inadmissible under MRE 404(b).

      The application for leave to appeal and the motion to remand remain pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



s0615

Clerk